## J. Q. Geiman et al. v. The Town of Browning.

1. RES ADJUDICATA— *Former Appeals.*— When the questions presented on a second appeal of the same case are identical with those adjudicated when the case was formerly before us, the law of the case as announced in the former appeal, controls.

Debt, on an appeal bond. Appeal from the Circuit Court of Schuyler County; the Hon. THOMAS N. MEHAN, Judge, presiding. Heard in this court at the November term, 1899. Affirmed. Opinion filed February 27, 1900.

L. A. JARMAN, attorney for appellants.

GLASS & BOTTENBERG, attorneys for appellee.

MR. JUSTICE BURROUGHS delivered the opinion of the court.

This case was before this court at the May term, 1898, when the judgment of the Circuit Court in favor of the appellants was reversed and the cause remanded. (79 Ill. App. 337.)

The case was subsequently redocketed in the Circuit Court, and a new trial there had upon an agreed state of facts, the same as those shown by the record when the case was formerly before us, and a judgment was rendered for appellee in conformity with the opinion of this court.

The appellants now bring the case to this court by appeal, and urge us to reverse that judgment. The questions now presented are identical with those adjudicated when the case was formerly before us, and the law of the case as then announced controls us now, so far as this case is concerned.

We therefore affirm the judgment appealed from.